**Order entered September 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00327-CV

### IN RE STEVEN K. TOPLETZ, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04120-2012**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus.

We **VACATE** our order of March 19, 2019, granting temporary relief and ordering relator Steven K. Topletz be released from the custody of the Sheriff of Collin County, Texas where he was held under the "Judgment for Contempt" and "Commitment" dated March 18, 2019, issued by Judge Andrea Thompson, presiding judge of the 416th Judicial District Court of Collin County, Texas in cause number 416-04120-2012. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     LESLIE OSBORNE
        JUSTICE